[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12701

Non-Argument Calendar

_____

TABATHER GILES,

Plaintiff-Appellant,

*versus*

NOLAND HEALTH GREENBRIAR SERVICE,

Defendant,

RAVEN HINSON,
PAM DUNS,
TAMIKA BALLARD,
MELISSA ALLARD,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:23-cv-00007-ACA

_____

Before WILSON, BRANCH, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Tabather Giles, *pro se*, appeals the district court's February 27, 2023, final order dismissing her complaint. The statutory time limit required her to file a notice of appeal on or before March 29, 2023, 30 days after the district court entered its judgment. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). The instant notice of appeal, filed on August 17, 2023, is therefore untimely, and we lack jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.